THIS CAUSE coming on to be heard and being heard by the undersigned on motion of Tuggle, Duggins Meschan, P.A., wherein said attorneys request that they be allowed to withdraw as counsel of record for defendants Association Resources, Inc., and Deaton, Inc., in the above-captioned claim;
AND IT APPEARING to the undersigned that plaintiff consents to said withdrawal. IT IS THEREFORE ORDERED that Tuggle, Duggins Meschan be allowed to withdraw as counsel of record for defendants Association Resources, Inc. and Deaton, Inc.
This the _____ day of __________________________, 1994.
FOR THE FULL COMMISSION
 S/ ____________________________ JAMES J. BOOKER COMMISSIONER
JJB:mj 12/16/94